## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20cr620-0011 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| Walter Williams, | ) | |
| Defendant(s). | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Walter Williams which was referred to the Magistrate Judge with the consent of the parties.

On October 9, 2020, the Government filed a forty-six count Indictment, charging Defendant Williams in nine counts, with Possession with Intent to Distribute Phencyclidine, Cocaine Base (Crack), Cocaine, THC, Marijuana, and Amphetamine; Felon in Possession of a Firearm and Ammunition; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Using or Maintaining a Drug Premises, in violation of Titles 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), (b)(1)(C), and (b)(1)(D); 21 U.S.C. § 856 (a)(1); and 18 U.S.C. §§ 922(g)(1) and 924(a)(2); and 18 U.S.C. § 942(c)(1)(A)(i).  Defendant Williams was arraigned on November 5, 2020, and entered a plea of not guilty to Counts 21 through 29 of the Indictment before this Court.  On April 7, 2022, Magistrate Judge Thomas M. Parker received Defendant Williams' plea of guilty to Counts 22, 23, 27, and 28 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Williams is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Williams is adjudged guilty of Counts 22, 23, 27 and 28 of the Indictment, Possession with Intent to Distribute Cocaine and THC; Felon in Possession of a Firearm and Ammunition; and  Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Titles 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and 18 U.S.C. §§ 924(c)(A)(i). This matter was referred to U.S. Pretrial Services and Probation for the completion of a pre-sentence investigation and report. Sentencing will take place on July 7, 2022 at 10:00 a.m. either via Zoom or in Courtroom 18B, Carl B. Stokes United States Court House.

IT IS SO ORDERED.

 *s/Dan Aaron Polster*     *4/27/2022*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE